```
 1  Jenny Tuffnell, Esq. (CSB#130905)
    LAW OFFICES OF SPUNAUGLE & TUFFNELL
 2  2655 Appian Way
 3  Pinole, CA 94530
    Tel: (510) 758-7703
 4  Fax: (510) 758-7792
 5
    Attorney for Debtor
 6  MARY MIMS WILLIAMS
 7
 8              UNITED STATES BANKRUPTCY COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10  In re:
11  MARY MIMS WILLIAMS,              ) Case No. 09-71937
                                     )
12          Movant,                  ) NOTICE OF MOTION FOR VALUATION
                                     ) OF DEBTOR'S RESIDENCE AND
13  vs.                              ) AVOIDANCE OF JUNIOR LIEN, POINTS
                                     ) & AUTHORITIES & DECLARATION OF
14  BLB TRADING LLC,                 ) DEBTORS
                                     )
15                                   )
16          Respondent.              ) DATE: NO HEARING
```

**TO, JUDGE EDWARD D. JELLEN, THE HONORABLE UNITED STATES BANKRUTPCY JUDGE, MARTHA BRONTISKY, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Please take notice that Movant, Mary Mims Williams, hereby brings this motion in the United States Bankruptcy Court, Northern District of California, 1300 Clay Street, 6th Floor, Oakland, California, pursuant F.R. Bankr.P. 3012, to value the residential real property commonly known as 210 South Wildwood, Hercules, CA 94547 (the "Residence") at $250,000. pursuant to 11 USC 1322(b), 11 USC 506, and as notice in paragraph 7 of the Chapter 13 Plan, and to declare the Junior Trust Deed on the Residence, held by BLB TRADING LLC, ("Respondent") as **VOID PER 11 USC 506 (d).** This motion is based upon the attached Memorandum of Points and Authorities, Declaration and Exhibits.

Notice of Hearing and Motion for Valuation of Debtor's Residence and Avoidance of Junior Trust Deed Thereon    1
Case: 09-71937    Doc# 9    Filed: 02/27/10    Entered: 02/27/10 11:07:31    Page 1 of 2

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 1300 Clay Street, 6th Floor, Oakland, CA, NOT LATER THAN TWENTY (20) DAYS FROM THE DATE OF SERVICE (there is an additional 3 days allowed for service by mail).

**Failure to file an opposition will be deemed a consent to the motion.** This motion is supported by this Notice of Motion and Motion, Memorandum of Points and Authorities, and Declaration of Movant, together will all pleadings and court documents filed in this case.

Any party desirous of obtaining a copy may make a written request of the undersigned and a copy will be provided to you or you can obtain a copy form the Clerk of the U.S. Bankruptcy Court, 1300 Clay Street, Oakland, CA during its normal business hours.

Dated: February 22, 2010

Respectfully submitted,

*/s/ Jenny Tuffnell*
Jenny Tuffnell
Attorney for Debtor
MARY MIMS WILLIAMS