-advertisement-

Classic Homepage　　Saved Searches　　Sign up　　Sign in

## cyberhomes

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values　　210 S Wildwood, Hercules, CA 94547　　　　Search options

Home

# 210 S Wildwood, Hercules, CA 94547

Back to search results
Prev　　　Next

Estimate:
**$245,619**

Change over last month:　Estimate Range: **$221,057 – $282,461**
**-$2,079**　　　　　　　Last Update: **February 9, 2010**

Mortgage rates: As low as 3.56% APR. Lock in today

### Estimated Home Value　　About...

Compared to:　☑ ZIP 94547　☑ Hercules　☑ CA
Change over: **1 year** | All

-advertisement-

### Home Facts

| | |
|---|---|
| Estimate Range | $221,057 – $282,461 |
| Bedrooms | 3 |
| Bathrooms | 2.5 |
| Living Area | 1,707 Sq feet |
| Lot Size | — |
| Type | Condo |
| Parcel | 404-400-033 |
| County | Contra Costa |
| Year Built | 1990 |
| Total Rooms | 8 |
| Heating | — |
| Cooling | — |
| Number of Stories | — |
| Legal Description | T6748 L13 U210 |

### Sales and Tax Info

Case: 09-71937　Doc# 9-2　Filed: 02/27/10　Entered: 02/27/10 11:07:31　Page 1 of 4
EX A.



Sales History | Sales Price
1/6/2003 | $385,000
 | $221,000

| Improvements + Land | Total |
|---|---|
| $173,961 + $111,039 = | $285,000 |
| $237,746 + $151,754 = | $389,500 |
| $254,038 + $162,152 = | $416,190 |
| $249,057 + $158,973 = | $408,030 |
| $244,174 + $155,856 = | $400,030 |

Resources you need.

Fix it up...    Settle in.

- Free Credit Report
- View today's current mortgage rates
- Refinance Today
- Free Moving Quotes
- Moving: people you must notify
- Find a Home Improvement Contractor
- Top-Rated & Pre-Screened Contractors
- Green Your Home
- Home Design Trends

210 S Wildwood, Hercules, CA 94547 Compared to...

**Comparable Homes**   ZIP 94547

Median Market Price and Total Home Sales    About...
Change over: **1 year** | All

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | 5.93% | 5.93% |
| $30K home equity loan | 9.25% | 9.25% |
| $75K home equity loan | 9.25% | 9.25% |
| $50K home equity loan | 9.25% | 9.25% |

Median Price by Living Area    About...

**210 S Wildwood**
Hercules CA 94547
3 beds, 2.5 baths, 1,707 sq ft
**Zestimate®: $264,500**

Get a free professional estimate
**My Estimate:**

**Monthly Payment: $ 1,125** edit
Check Your Credit Score for $0

**Bird's Eye View**



See a

**Home Info**

**Public Facts:**
- Condo
- 3 beds
- 2.5 bath
- 1,707 sqft
- Built in 1990

**Neighborhood**

**Nearby Schools:**

**District:**
  West Contra Costa ...
**Primary:**
  Ohlone Elementary ...
**Middle:**
  Pinole Middle School
**High:**
  Sigma Continuation ...

See more Hercules schools

**Charts & Data**



See all charts & data

**ZESTIMATE®: $264,500**
Value Range: $206,310 - $290,950

Work with an agent from Prudential California/Nevada Realty to get a professional estimate.

First Name*

Last Name*

Email Address*

Phone Number*
( )    -       ext.

Case: 09-71937   Doc# 9-2   Filed: 02/27/10   Entered: 02/27/10 11:07:31   Page 3 of 4
http://www.zillow.com/homedetails/210-S-Wildwood-Hercules-CA-94547/18500359_zpid/     2/18/2010
EX A

30-day change: -$4,000
Zestimate updated: 02/17/2010

I am*
Please Choose One

Message (optional)

**Last sale and tax info**

**Sold 01/06/2003:**
$385,000

**2009 Property Tax:**
$5,166

Or call (888) 827-4610

: 60 – Somewhat Walkable

---

**Street Map**

**210 South Wildwood, Hercules, CA**
Bird's eye view and larger map for 210 S Wildwood
Edit map location for 210 S Wildwood

**Alternate Addresses**
210, s, so, south, wildwood, wild wood, wildwood, hercules, hercule s, hercule so, hercule south, herculeso, herculesouth, rodeo, ca, calif, california, 94547

Ex. A