# WaMu

Customer Service: Toll free 1.866.926.8937 TDD: Dial 7-1-1 for relay
For a refinance or purchase loan, call 1.888.708.4696
Mon - Thu 6:00 am - 9:00 pm, Fri 6:00 am - 6:00 pm
Sat 7:00 am - 1:00 pm PST

#BWNCLNN
#2906969095968696#
20092601 B 1-2

MARY M WILLIAMS        10013191
210 S WILDWOOD
HERCULES CA 94547-3590

10013191
Page 1 of 2

# Home Loan Statement
## January 2009

| | |
|---|---|
| Statement Date: | January 23, 2009 |
| Activity Since: | January 20, 2009 |
| Your Loan Number: | 0696095686 |

### Your Property and Loan Information

| | |
|---|---|
| Property Address: | 210 S WILDWOOD |
| | HERCULES CA 94547 |
| Principal Balance: | $ 523,956.36 |
| Interest Rate: | 4.03100% |
| Escrow Balance: | $ 2,153.63 |

### Did You Know?

It is not necessary to send us your regular current real estate tax bill unless we request it. In most cases, the current real estate tax bill is a copy of the bill the taxing authority has already supplied to the mortgage company for loans with an escrow account. It is generally the customer's responsibility to pay supplemental, occupancy and special assessment bills.

For details about your home loan, visit us at www.wamu.com. Check recent transactions, order copies of your loan documents, view your current principal balance, or use one of the many helpful loan calculators. If you're a first time user, simply click on "My Home Loan" and follow the prompts to register by selecting a User ID and Password.

### Your Next Payment

| | | |
|---|---|---|
| Next Payment Due: | | February 01, 2009 |
| Principal and Interest: | $ | 2,281.79 |
| Escrow: | $ | 0.01 |
| Current Payment: | $ | 2,281.80 |
| Plus | | |
| Unpaid Late Charges: | $ | 136.91 |
| Other Fees: | $ | 62.30 |
| Total Amount Due :* | $ | 2,481.01 |

### Year to Date Account Activity

| | | |
|---|---|---|
| Principal Paid: | $ | 520.19 |
| Interest Paid: | $ | 1,761.80 |
| Property Taxes Paid: | $ | 0.00 |
| Insurance Paid: | $ | 0.00 |

### Important Messages

Your WaMu account was recently acquired by JPMorgan Chase Bank, N.A. See enclosed Privacy Policy. If you are a new Chase customer you need to contact us to exercise your privacy preferences.

* To avoid a late charge of $136.91, we must receive your payment of principal, interest, and any escrow deposits and/or past-due payments by 02/16/09 during our business hours. If this date falls on a weekend or holiday, your payment must be received by the next business day.

Please see the reverse side for Recent Account Activity.

Washington Mutual Bank      156-B      

7760 0407   J6G   001   07   0   260901   PAGE 1 of 2   COLD056B   10013191

---

# WaMu      156-B

MARY M WILLIAMS

| | |
|---|---|
| Loan Number: | 0696095686 |
| Statement Date: | January 23, 2009 |

Please write your loan number on your check.
Make check payable to Washington Mutual.

☐ Please check here if change of address or telephone number is indicated on the reverse side of this form.

WASHINGTON MUTUAL
PO BOX 78148
PHOENIX AZ 85062-8148

Please allow 7-10 days for postal delivery.

| | | |
|---|---|---|
| Payment Due Date: | | February 01, 2009 |
| Current Payment: | $ | 2,281.80 |
| Total Amount Due: | $ | 2,481.01 |
| If Received After: | | February 16, 2009 |
| Total Amount Plus Late Charges: | $ | 2,617.92 |

| | |
|---|---|
| Late Charges | + _____ |
| Additional Principal | + _____ |
| Additional Escrow | + _____ |
| Future Payments | + _____ |
| Total Amount Enclosed | = _____ |

EX. B.

Case: 09-71937   Doc# 9-3   Filed: 02/27/10   Entered: 02/27/10 11:07:31   Page 1 of 1